# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-CV-02515-JLK

FANG TIAN

    Plaintiff,

v.

NEWMONT INTERNATIONAL SERVICES LIMITED, a Delaware company

    Defendant.

_____

## ORDER SETTING PRETRIAL CONFERENCE

**Kane, J.**

A Pretrial Conference in this matter is set for **December 3nd, 2014 at 10:00 a.m. in Courtroom A802**, on the 8th Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street.  Per my standing order regarding pretrial and trial procedures, *see* Memorandum to Counsel from Senior Judge John L. Kane Re: Pretrial and Trial Procedures[1], the parties are required to jointly prepare and submit *in editable format* a proposed Pretrial Order. Note that I also require the proposed Pretrial Order to be filed in .pdf form through the normal CM/ECF process.

In addition, my pretrial procedures require the parties to jointly submit proposed jury instructions no later than 30 days after the Pretrial Conference.

DATED:    November 4, 2014        BY THE COURT:

                                                            *s/John L. Kane*
                                                           John L. Kane, U.S. Senior District Judge

---

[1] Available on the Court's website: http://www.cod.uscourts.gov/Portals/0/Documents/Judges/JLK/jlk_Civil-Procedures.pdf