IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  March 6, 2015                              Deputy Clerk: Bernique Abiakam
                                                  Court Reporter: Mary George

Civil Action No.: 12-cv-02515-JLK

FANG TIAN,                                        Reid J. Elkus

      Plaintiff,

v.

NEWMONT INTERNATIONAL SERVICES
LIMITED, a Delaware corporation,                  Elizabeth I. Kiovsky
                                                  Karen H. DuWaldt

      Defendant.

## COURTROOM MINUTES

**Pretrial Conference**

**9:30 a.m.     Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Discussion regarding pretrial order.

**ORDERED:** **Plaintiff's Motion To Modify Scheduling Order To Endorse Expert (Filed 2/6/15; Doc. No. 48) is GRANTED, subject to restriction and conditions. The report shall be completed by Friday, March 13, 2015.  The deposition of the expert can be taken at any time between March 27th and April 17th, at the convenience of defense counsel.  The cost of the deposition will be paid by the Plaintiff.**

**ORDERED:** **The Trial Preparation Conference is set for July 23, 2015 at 10:00 a.m.**

**ORDERED:** **The 5-day Jury Trial is set to begin August 31, 2015 at 9:00 a.m.**

The Court advises counsel to read its website regarding jury instructions.

Comments by the Court regarding jury instructions, voir dire, jury selection, trial procedure and expectations, closing argument, witnesses, and exhibitss.

*12-cv-02515-JLK*
*Pretrial Conference*
*March 6, 2015*

**ORDERED:   Any Daubert motions shall be raised on or before July 23, 2015**.

Comments by Ms. Kiovsky regarding motion in limine.

**ORDERED:   The Defense counsel shall file their motion in limine 20 days after the deposition of the rebuttal expert witness.  Plaintiff shall have 20 days to respond.  Reply due 15 days after.**

Comments by Mr. Elkus regarding confidential client information.


**9:56 a.m.     Court in recess.**
Hearing concluded.
Total in-court time: 00:26