## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Case No.    12-cv-02515-JLK

FANG TIAN, an individual,

       Plaintiff,

v.

NEWMONT INTERNATIONAL SERVICES LIMITED, a Delaware Corporation,

       Defendant.

_____

### ORDER REGARDING PLAINTIFF'S MOTION TO PUT UNDER SEAL DEFENDANT'S EXHIBIT C TO THE REPLY IN SUPPORT OF THE MOTION IN LIMINE
_____

COMES NOW, the Court, having reviewed the file, hereby GRANTS Plaintiff's Motion to Put Under Seal Defendant's Exhibit C to the Reply to Response (Doc. 64). Exhibit C to the Court's Docket No. 63 will be under seal.

Dated this 5th day of June, 2015.

                                                 *s/ John L. Kane*
                                                 SENIOR U.S. DISTRICT JUDGE