IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02515-JLK

FANG TIAN,

    Plaintiff,

v.

NEWMONT INTERNATIONAL SERVICES LIMITED, a Delaware Corporation,

    Defendant.

## ORDER ON MOTION FOR LEAVE AND MOTION IN LIMINE

    Before me is Defendant's Motion for Leave to File Dispositive Motion (Doc. 66). Because the proposed motion is significantly past the dispositive motion deadline in this case of October 16, 2013, is untimely and disruptive of trial preparation, and is unjustifiably redundant of matters already ruled on (*see* Docs. 25 & 40), that motion is **DENIED**.

    Also before me is Defendant's Motion in Limine Regarding the Effect of At-Will Employment (Doc. 59). As discussed in the ruling on Defendant's motion for summary judgment (*see* Doc. 40 at 26-28), Plaintiff's remaining claims are based on Defendant's alleged promise to sponsor Plaintiff's green card during the course of her employment. Defendant has not demonstrated that these damages cannot, as a matter of law, continue after Plaintiff was informed of the elimination of her position on July 8, 2011, or more generally that the circumstances of Plaintiff's termination are not relevant to her remaining claims. Accordingly, Defendant's Motion in Limine Regarding the Effect of At-Will Employment (Doc. 59) is **DENIED**.

Dated:  June 24, 2015                      **s/ John L. Kane**
                                                      Senior U.S. District Judge