**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  July 17, 2015 | Courtroom Deputy: Bernique Abiakam |
| Civil Case No.: 12-cv-02515-JLK | Court Reporter: Tracy Weir |

| | |
|---|---|
| FANG TIAN, | Reid J. Elkus |
| | Natalie A. Gray |
| Plaintiff, | |
| v. | |
| NEWMONT INTERNATIONAL SERVICES LIMITED, a Delaware company, | Elizabeth I. Kiovsky
Karen H. DuWaldt |
| Defendant. | |

**COURTROOM MINUTES**

**Final Trial Preparation Conference**

**10:01 a.m.    Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Discussion regarding Plaintiff's Proposed Amended Pretrial Order (Doc. No. 83).

10:01 a.m.    Argument by Mr. Elkus.  Questions by the Court.

10:04 p.m.    Argument by Ms. Kiovsky.  Questions by the Court.

10:07 a.m.    Response by Mr. Elkus.

**ORDERED:**  Objection to Exhibits 29, 30, and 31 are SUSTAINED.  The exhibits will not be admitted but may be used only as specified on the record.

**ORDERED:**  Plaintiff's counsel shall provide the properly certified English translation of Exhibit 28 to Defendant's counsel on or before August 14, 2015.

Discussion regarding Motions in Limine.

*12-cv-02515-JLK*
*Final Trial Preparation Conference*
*July 17, 2015*

Argument by Mr. Elkus.

Argument by Ms. Kiovsky.

10:16 a.m.    Argument by Ms. Gray

10:17 a.m.    Argument by Ms. Kiovsky.

10:19 a.m.    Comments and ruling by the Court.

**ORDERED:    Defendant's Motion In Limine To Exclude Certain Testimony Of Johnny K.M. Poon (Filed 6/22/15; Doc. No. 70) is DENIED, as specified.**

**ORDERED:    Defendant's Motion In Limine To Exclude Evidence Related To Plaintiff's Termination (Filed 6/22/15; Doc. No. 71) is DENIED.**

Discussion regarding Jury Instructions and objections.

**ORDERED:    A further Final Trial Preparation Conference is set for Friday, August 21, 2015 at 10:00 a.m.**

The Court advises counsel to review its procedures as to the process of jury selection and the instructions process.

Further comments by the Court regarding voir dire, jury instructions, opening statements, juror questions, trial procedures, and jury selection.

Discussion regarding Sequestration Order.

The Court advises counsel that one advisory witness will be allowed at counsel table.

**ORDERED:**    Witnesses are sequestered, with the exception of advisory witnesses.

Discussion regarding time line submission.

**10:51 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 00:50