# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 12-cv-02515-JLK

FANG TIAN,

    Plaintiff,

v.

NEWMONT INTERNATIONAL SERVICES LIMITED, a Delaware Corporation,

    Defendant.

## ORDER ON MOTION FOR JUDGMENT

Plaintiff's Motion for Judgment (Doc. 129) is **GRANTED**. The Clerk is directed to enter judgment for the Plaintiff and against the Defendant in the following amounts:

    a. $150,000 - Damages on Fraudulent Misrepresentation Claim

    b. $12,320 – Prejudgment Interest

    c. $162,320 - Punitive Damages[1]

    d. $3,055.42 - Costs

    e. $2.96 per day accruing from September 21, 2015 - Post-Judgment Interest

Dated: February 24, 2016        *s/ John L. Kane*
                                            Senior U.S. District Judge

---

[1] Defendant has conceded that the amount of prejudgment interest may be included in the amount of actual damages for purposes of calculating the maximum permissible exemplary damages award. *See* Doc. 114 at 3 n.2; *Vickery v. Evans*, 266 P.3d 390, 394 (Colo. 2011).