**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 12-cv-02515-JLK

FANG TIAN,

      Plaintiff,

v.

NEWMONT INTERNATIONAL SERVICES LIMITED, a Delaware Corporation,

      Defendant.

---

## FINAL JUDGMENT

---

This action was tried on August 31, 2015 through September 3, 2015, before a jury of eleven duly sworn to try the issues herein, the Honorable John L. Kane, Judge presiding. The jury rendered its verdict on September 3, 2015. In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order On Motion For Judgment of Judge John L. Kane entered on February 24, 2016, the Clerk is directed to enter judgment for the Plaintiff, FANG TIAN and against Defendant, NEWMONT INTERNATIONAL SERVICES LIMITED, a Delaware Corporation in the following amounts:

      a. $150,000 - Damages on Fraudulent Misrepresentation Claim

      b. $12,320 – Prejudgment Interest

      c. $162,320 - Punitive Damages

      d. $3,055.42 - Costs

e. $2.96 per day accruing from September 21, 2015 - Post-Judgment Interest

Dated at Denver, Colorado this 25th day of February, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   *Bernique Abiakam*

Bernique Abiakam
Deputy Clerk

APPROVED BY THE COURT:

s/ *John L. Kane*
Senior U. S. District Judge