# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02515-JLK

**FANG TIAN, an individual,**

    Plaintiff,

v.

**NEWMONT INTERNATIONAL SERVICES LIMITED, a Delaware corporation,**

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER has come before the Court on the Stipulation of Dismissal (Doc. 133). The Court ORDERS that pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), the above-captioned action remains dismissed, is dismissed with prejudice, each party to bear her or its own attorney fees and costs.

DATED this 26th day of April, 2016.

_____
John L. Kane
Senior U.S. District Court Judge